AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BENNIE COCKERHAM,<br>        Plaintiff,<br><br>v.<br><br>GREAT LAKES DREDGE AND DOCK COMPANY,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:06-CV-184-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Great Lakes' Motion for Summary Judgment is ALLOWED, and Cockerham's Cross Motion for Summary Judgment is DENIED. The Clerk of Court is DIRECTED to enter judgment accordingly and to close this case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 4, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Andrew Hanley<br>2451 S. College Rd.<br>Wilmington, NC 28412 | Don T. Evans, Jr.<br>509 Princess Street<br>Wilmington, NC 28401 |

| | |
|---|---|
| February 4, 2008<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Enyart<br>*(By) Deputy Clerk* |

*Wilmington, North Carolina*